AO 450 (GAS Rev 10/03) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

L.M., by SHANEIQUE MCCOLLUM,

    Plaintiff,

v.

COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

JUDGMENT IN A CIVIL CASE

CASE NUMBER: 4:21-cv-208

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☑ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, pursuant to the Order of this Court dated September 26, 2022, the decision of the Acting Commissioner is affirmed. This case stands closed.

Approved by: *Christopher L. Ray*

Christopher L. Ray, U.S. Magistrate Judge

September 27, 2022  
*Date*



John E. Triplett, Clerk of Court  
*Clerk*



*(By) Deputy Clerk*

GAS Rev 10/1/03